IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK ALLEN MADEWELL,

    Petitioner,

  v.

GOVERNOR JERRY BROWN, et al.,

    Respondents.
_____/

No. C 13-4306 CW (PR)

ORDER OF DISMISSAL

    Petitioner, a state prisoner, filed this <u>pro se</u> petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has a pending habeas action with this Court challenging the same conviction and raising the same claims as in the instant petition.  <u>See</u> <u>Madwell v. Brown, et al.</u>, Case No. C 13-4164 CW (PR).  Accordingly, the instant petition is dismissed as a duplicate petition to Case No. C 13-4164 CW (PR).  The Clerk of the Court shall terminate all pending motions and close the file.

    IT IS SO ORDERED.

Dated: 9/30/2013

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE